RECEIVED
IN ALEXANDRIA 
JUN 2 4 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TERRANCE HANLEY | CIVIL ACTION<br>NO. 09-cv-00180 |
| VERSUS | |
| U.S. ATTORNEY GENERAL, ET AL. | JUDGE JAMES T. TRIMBLE, JR<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss is GRANTED and that the petition is DENIED and DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of June, 2009.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE